# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| LATONYA PATTERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.08-00520-CV-W-FJG |
| ERIC K. SHINSEKI, SECRETARY, | ) |
| DEPARTMENT OF VETERAN AFFAIRS, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

A pretrial teleconference was held on August 6, 2010, at 9:00 A.M. with pro se plaintiff LaTonya Patterson and counsel for defendants Roseann Ketchmark and Thomas Larson. A bench trial for this case will take place on Monday, August 23, 2010 at 8:30 A.M. in Courtroom 7C.

As discussed, Patterson shall submit an Exhibit List indicating all exhibits she intends to use in presenting her case on or by **Wednesday, August 11, 2010**. In addition, the parties may submit findings of fact and conclusions of law after conclusion of the bench trial, on or by **Monday, September 6, 2010**.

The Clerk of the Court shall send a copy of this order via regular and certified mail to plaintiff at the following address: LaTonya Patterson, P.O. Box 300672, Kansas City, MO 64130.

**IT IS SO ORDERED.**

Date: August 6, 2010  **/s/ FERNANDO J. GAITAN, JR.**
Kansas City, Missouri  Fernando J. Gaitan, Jr.
Chief United States District Judge